**ALABAMA ELECTRIC COOPERATIVE, INC., Petitioner,**

v.

**SECURITIES AND EXCHANGE COMMISSION, Respondent.**

**No. 22858.**

United States Court of Appeals
Fifth Circuit.

May 3, 1966.

Bennett Boskey, Washington, D. C., L. A. Beers, Jr., Andalusia, Ala., Joseph Volpe, Jr., Volpe & Boskey, Washington, D. C., J. M. Williams, Jr., Rushton, Stakely & Johnston, Montgomery, Ala., of counsel, for petitioner.

Philip A. Loomis, Jr., Gen. Counsel, S. E. C., David Ferber, Sol., S. E. C., Ellwood L. Englander, Asst. Gen. Counsel, S. E. C., Richard Nathan, Atty., S. E. C., Washington, D. C., for respondent.

John Bingham, Martin, Balch, Bingham, Hawthorne, & Williams, Birmingham, Ala., Hayden N. Smith, B. Brooks Thomas, Winthrop, Stimson, Putnam & Roberts, New York City, of counsel, for Alabama Power Co.

Before TUTTLE, Chief Judge, THORNBERRY, Circuit Judge, and LYNNE, District Judge.

PER CURIAM.

This petition to review an order by the Securities and Exchange Commission presents a single legal question which we find to have been correctly answered in the well-considered opinion and decision of the Court of Appeals for the District of Columbia Circuit in Alabama Electric Cooperative, Inc. v. Securities and Exchange Commission, 353 F.2d 905 (D.C.Cir. 1965). Noting, as we do, that the Supreme Court has just denied certiorari in the District of Columbia Circuit case, Alabama Electric Cooperative Inc. v. Securities and Exchange Commission, 86 S.Ct. 1273, and agreeing with the reasoning of the Court of Appeals in that case, we conclude that nothing would be gained by a further elaboration of the legal principles involved.

We affirm the order of the Securities and Exchange Commission of July 29, 1965 here complained of.

**COLEMAN GOOD, INC., Appellant,**

v.

**UNITED STATES of America.**

**No. 15700.**

United States Court of Appeals
Third Circuit.

Argued April 18, 1966.
Decided May 5, 1966.

Samuel Oppenheim, Pittsburgh, Pa. (T. Robert Brennan, Brennan & Brennan, Pittsburgh, Pa., on the brief), for appellant.

Howard Feldman, Dept. of Justice, Tax Division, Washington, D. C. (Richard M. Roberts, Acting Asst. Atty. Gen., Lee A. Jackson, Gilbert E. Andrews, Attorneys, Department of Justice, Washington, D. C., Gustave Diamond, U. S. Atty., on the brief), for appellee.

Before KALODNER, HASTIE and SMITH, Circuit Judges.

PER CURIAM:

This is an appeal from the Judgment of the District Court in favor of the United States of America and against the plaintiff, Coleman Good, Inc., in an action for refund of income taxes paid under protest.

On review of the record we find no error.

The Judgment of the District Court will be affirmed.